■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO MORALES, Appellant. [623 NYS2d 158] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rappaport, J.), rendered March 15, 1993, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]). Mangano, P. J., Bracken, Altman and Goldstein, JJ., concur.